UTICA,
Aug. 1828.

Barheydt
ads.
Haverly.

---

BARHEYDT, impleaded, &c. *ads.* HAVERLY.

Notice of special matter cannot be given with plea of *nul tiel record,* so as to be available.

THIS was an action of debt on judgment. The defendant plead *nul tiel record,* and gave notice with the plea of special matter intended to be given in evidence on the trial of the cause. The plaintiff noticed the cause for trial, by record, at the present term, and the defendant applied to the court to postpone the trial, and to direct the cause to be tried at the circuit.

*S. W. Jones,* for defendant.

*A. C. Paige,* for plaintiff.

*By the Court,* SUTHERLAND, J. Notice of special matter cannot be given with the plea of *nul tiel record.* (13 *Johns. R.* 329.) Such notice only can accompany a plea, which presents an issue to be tried by a jury. The motion is denied with costs. The defendant, however, is permitted to withdraw his plea of *nul tiel record,* and to plead anew.